# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICARDO RIVERA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEPARTMENT OF CHILDREN AND ) <br> FAMILIES, ) <br> ) <br> Defendant. ) | Civil No. <br> 14-10613-FDS |

## MEMORANDUM AND ORDER

**SAYLOR, J.**

On June 27, 2014, this Court entered an order directing plaintiff Ricardo Rivera to show cause by July 18, 2014, why this action should not be dismissed for failure to state a claim upon which relief can be granted. In a document filed on July 11, 2014, plaintiff responded to the order. However, that response does not overcome the legal impediments to his action. In particular, as the Court stated in its prior memorandum and order, the complaint and the response fail to state any causes of action; the Eleventh Amendment clearly forecloses any potential claim against DCF under 28 U.S.C. § 1983; and failure to comply with the requirements of the Massachusetts Tort Claims Act, Mass. Gen. Laws ch. 258, forecloses any potential claim under tort law.

Accordingly, the motion to dismiss is GRANTED, and the complaint is DISMISSED.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
Dated: July 21, 2014                                          United States District Judge